# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET BOWEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. CARATAN, INC.,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00397 DAD  JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

　　　　On February 15, 2015, Plaintiff notified the Court that the matter is settled.  (Doc. 63)  Plaintiff reports that the settlement will be finalized within 45 days. Id.  Therefore, the Court **ORDERS**,

　　　　1.　　　The stipulated request for dismissal **SHALL** be filed no later than **March 30, 2016;**

　　　　3.　　　All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

　　　　**Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

　　　Dated:　**February 16, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE