# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET BOWEN,<br><br>           Plaintiff,<br><br>   v.<br><br>M. CARATAN, INC.,<br><br>           Defendant. | Case No.: 1:14-cv-00397 DAD  JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

      On February 15, 2015, Plaintiff notified the Court that the matter had settled and indicated dismissal documents could be filed within 45 days.  (Doc. 63)  Thus, the Court ordered the parties to file dismissal documents by March 30, 2016.  (Doc. 64) However, that has not occurred.  Therefore, the Court **ORDERS:**

      1.    **Within 14 days**, counsel **SHALL** show cause in writing why sanctions should not be imposed for failure to comply with the Court's orders.  Alternatively, counsel may file the dismissal documents within 14 days.

IT IS SO ORDERED.

Dated:   **April 1, 2016**                                **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE